IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR229-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BREON MONTREZ MASSEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Reconsideration. After reviewing the Court's order of April 11, 2006, it appears that through a clerical error, the order entered was in fact a draft opinion created by a law clerk that in no way reflected the Court's actual analysis of this matter. The Court regrets any inconvenience this may have caused the parties, but as the ultimate outcome of the case is unaffected, no harm has accrued. Because the previous order was entered in error, it is hereby stricken from the record, and the actual order as drafted, issued concurrently with this order, is imposed *nunc pro tunc* as though it were correctly entered at the time of decision.

As such, the Government's Motion for Reconsideration is **DENIED** as untimely with leave to re-file on issuance of the proper order.

**IT IS SO ORDERED.**

Signed: April 25, 2006

Graham C. Mullen
United States District Judge